C-01-892 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **February 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: September 9, 2002.

SEP 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| **1.** | **United State of America** | **Roylene Champeaux**<br>**612-664-5600**<br>**Mary Bielefeld** |
| | **vs CV 01-845 RHK/RLE**<br>**JURY FERGUS FALLS** | |
| | **Douglas R. Askegard, et al** | **Jon Jensen**<br>**701-775-0521** |
| **2.** | **Vincent G. Johnson** | **Terence O'Brien**<br>**651-437-6300** |
| | **vs CV 01-892 RHK/SRN**<br>**JURY** | |
| | **City of Minneapolis**<br>**et al** | **Scott Reeves**<br>**612-673-2010**<br>**Daniel A Haws**<br>**651-227-9411**<br><br>**Robert Kuderer**<br>**952-831-6544** |
| **3.** | **Susan W. Hanger** | **Steven Schneider**<br>**218-727-6833** |
| | **vs CV 01-1506 RHK/RLE**<br>**JURY DULUTH** | |
| | **County of Lake**<br>**et al** | **Dyan Ebert**<br>**Melinda Sanders**<br>**320-251-1414**<br><br>**Pamela Parkinson**<br>**218-834-5547** |

| | | |
|---|---|---|
| 4. | **Deanne Fox** | **Deanne Fox**<br>**218-444-3195** |
| | **vs CV 01-1701 RHK/RLE**<br>**JURY FERGUS FALLS** | |
| | **Independent School District**<br>**No. 2609**<br>**et al** | **Michael Feichtinger**<br>**320-251-1414** |
| 5. | **Four D Incorporation** | **Eric Nystrom**<br>**Christopher Yetka**<br>**612-371-3211** |
| | **vs CV 01-2073 RHK/AJB**<br>**JURY** | |
| | **Dutchland Plastics Corporation** | **David Orenstein**<br>**Kevin Coan**<br>**612-333-2111**<br><br>**William Winkle**<br>**Rohde Dales**<br>**920-458-5501**<br><br>**James Roegge**<br>**612-338-0661** |
| 6. | **Lounge Management LTD** | **Randall D B Tiguc**<br>**612-825-0936** |
| | **vs CV 01-2164 RHK/AJB**<br>**COURT** | |
| | **Jason Petersen** | **Jon Iverson**<br>**952-548-7200** |