**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VINCENT G. Johnson,

Plaintiff,

vs. CIVIL NO. 01-892 RHK/SRN

CITY OF MINNEAPOLIS,
ET AL

Defendants.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Friday,January 31, 2003 at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

January 14, 2003

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed JAN 14 2003
Richard D. Sletten,Clerk

By: ____________________