**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

---

Civil File No.: 01 - 892 (RHK/SRN)

VINCENT G. JOHNSON,

Plaintiff,

vs.

CITY OF MINNEAPOLIS, a Minnesota municipal corporation, SKYWAY TENT RENTAL, INC, a Minnesota corporation, d/b/a SKYWAY EVENT SERVICES, and McCOURT MANUFACTURING CORPORATION, an Arkansas corporation,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above entitled action, having been fully compromised and settled,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

MAY & O'BRIEN LAW OFFICES

Terence G. O'Brien, Jr. # 287477
Attorneys for Plaintiff
204 Sibley Street, Suite 202
Hastings, MN 55033
651-437-6300

MURNANE, CONLIN, WHITE & BRANDT
Professional Association

Daniel A. Haws #193501
Attorneys for Defendant
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

MAR 12 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDER

On reading and filing the above and foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be and the same is hereby dismissed with prejudice and on the merits, but without costs to either party.

Dated: 3/12/03

BY THE COURT:

537568